UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE SANCHEZ,<br><br>            Plaintiff,<br><br>       v.<br><br>SIX UNKNOWN AGENTS, et al.,<br><br>            Defendants. | Case No.: 1:13cv00998 AWI DLB (PC)<br><br>ORDER DISMISSING ACTION, WITHOUT PREJUDICE, FOR FAILURE TO OBEY COURT ORDER |

On June 28, 2013, Plaintiff Jose Sanchez, a federal prisoner proceeding pro se, filed what was construed as a civil rights complaint. The complaint was not signed and it set forth no intelligible claims for relief. Because the Court cannot consider unsigned filings, the complaint was stricken from the record on July 2, 2013, and Plaintiff was ordered to file a signed complaint within thirty days. In addition, Plaintiff was ordered to either file a motion seeking leave to proceed in forma pauperis or pay the $400.00 filing fee in full within thirty days. Plaintiff has not timely complied with the Court's order or otherwise responded, and Plaintiff was warned that this action would be dismissed if he did not comply.

A civil action may not proceed absent the submission of a pleading and either an application to proceed in forma pauperis or the filing fee. 28 U.S.C. §§ 1914, 1915; Fed. R. Civ. P. 3. Because Plaintiff has not responded to the Court's order to submit a signed complaint and either an application to proceed in forma pauperis or the filing fee, dismissal of this action is appropriate. In re

1

Phenylpropanolamine (PPA) Products Liability Litigation, 460 F.3d 1217, 1226 (9th Cir. 2006); Local Rule 110.

     Accordingly, the Court HEREBY ORDERS this action dismissed, without prejudice, for failure to obey a court order.

IT IS SO ORDERED.

Dated:   August 15, 2013                /s/ [signature]
                                              SENIOR DISTRICT JUDGE